Court of Florida. Certiorari denied. *T. J. Blackwell* for petitioner. *William C. Gaither* for respondent.

No. 394. SGITCOVICH *v.* SGITCOVICH. Supreme Court of Texas. Certiorari denied. *W. A. Combs* for petitioner.

No. 397. UNITED STATES *v.* STATE ROAD DEPARTMENT OF FLORIDA ET AL. C. A. 5th Cir. Certiorari denied. *Solicitor General Perlman* for the United States. *Richard W. Ervin, Jr.,* Attorney General of Florida, *T. Paine Kelly,* Assistant Attorney General, and *J. McHenry Jones,* for respondents.

No. 404. COTTMAN COMPANY ET AL. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *John H. Skeen, Jr.* for petitioners. *Solicitor General Perlman, Assistant Attorney General Baldridge, Samuel D. Slade* and *Melvin Richter* for the United States.

No. 407. KANE *v.* UNION OF SOVIET SOCIALIST REPUBLICS ET AL. C. A. 3d Cir. Certiorari denied. *Abraham E. Freedman* for petitioner.

No. 408. SAFEWAY STORES, INC. *v.* DiSALLE, PRICE DIRECTOR. United States Emergency Court of Appeals. Certiorari denied. *Elisha Hanson, Arthur B. Hanson, Joseph C. Wells* and *Garland Clarke* for petitioner. *Solicitor General Perlman, Assistant Attorney General Baldridge, Samuel D. Slade* and *Herman Marcuse* for respondent.

No. 412. KALMUS *v.* KALMUS ET AL. District Court of Appeal of California, Second Appellate District. Cer-